```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARCUS THORPE,                                                 :
                                                               :      19 Civ. 05995 (CM) (RWL)
                                    Plaintiff,                 :
                                                               :             ORDER
              - against -                                      :
                                                               :
CITY OF NEW YORK, et al.,                                      :
                                                               :
                                    Defendants.                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Discovery Conference held before the Court on July 15, 2020:

1. Plaintiff shall provide all outstanding insurance discovery and authorizations (including tax return and medical authorizations) by **July 29, 2020**.

2. All expert disclosures, if any, must be made in accordance with the schedule established for this case.

3. By **July 29, 2020**, Defendants shall provide Plaintiff with a non-attorney affidavit addressing the extent to which relevant video footage has been searched for, found and produced; and, whether or not, and if not, why no relevant footage is available from the cameras identified by Plaintiff as currently existing in the lobby and guard area.

4. The fact discovery deadline is extended until **July 30, 2020**, solely for the purpose of completing the parties' obligations under 1-3 above. If a party believes that further discovery is warranted based on any of the information disclosed between now and July 30, 2020, they may apply to the Court no later than **August 6, 2020**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   July 15, 2020
         New York, New York

Copies transmitted to all counsel of record.