USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Marcus Thorpe,

                Plaintiff,

-against-

City of New York, et al.,

                Defendant(s).
-----------------------------------------------------X

No. 19 Civ. 5995 (CM)

**ORDER**

      Please take notice that the above captioned matter is on the list of cases to be tried during the first quarter of 2022. This matter had been assigned a trial date of Thursday, February 24, 2022. The court will now adjourn this trial to a later time to be determined by the court and hereby grant your previous request for an extension of ninety (90) days for the parties to file pre-trial papers. The final pre-trial conference that had been scheduled for Thursday, January 13, 2022 at 11:45 a.m. is now cancelled.

      Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: December 21, 2021
       New York, New York

_____
United States District Judge

So Ordered