UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARCUS THORPE,

                Plaintiff,

      -against-

CITY OF NEW YORK, NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION, NEW YORK
CITY POLICE DEPARTMENT, HARLEM HOSPITAL,
NYCHHC POLICE OFFICER FRANCIS SENAJOR,
SHIELD #435, NYCHHC POLICE OFFICER
JONATHAN CARDONA, NYCHHC LIEUTENANT
THERESA BRITTO and NYCHHC SERGEANT
TYRONE JOSEPH,

                Defendants.
------------------------------------------------------------------X

19-CV-5995 (CM)(RWL)

## ORDER

McMahon, J.:

    The Court, for its rulings on the admissibility of trial exhibits, decides as follows:

### A. PLAINTIFF'S EXHIBITS

1. The following Plaintiff's exhibits are admitted into evidence:

   - PX-3
   - PX-4
   - PX-5
   - PX-6
   - PX-7
   - PX-8
   - PX-11

2. The following Plaintiff's exhibits are **not** admitted:

   - PX-1
   - PX-2
   - PX-9
   - PX-10
   - PX-12
   - PX-13
   - PX-14
   - PX-15
   - PX-16
   - PX-17
   - PX-18
   - PX-19

1

B. **DEFENDANTS' EXHIBITS**

1. The following Defendants' exhibits are admitted into evidence:

   - DX-A
   - DX-B
   - DX-E, with the proper foundation and authentication by witness Carole Dominique
   - DX-F, with the proper foundation and authentication by witness Rosaline Fonkem
   - DX-G

2. Defendants' proposed defense exhibit D is **not** admitted.

3. The following proposed defense exhibits are admitted on Plaintiff's case:

   - The video surveillance footage at proposed defense exhibit C is admitted as Plaintiff's exhibits PX-3, PX-4, PX-5, and PX-6.

   - The Plaintiff's Harlem Hospital medical records at proposed defense exhibit H are admitted as Plaintiff's exhibit PX-11.

4. In the Final Pre-trial Conference, Defendants state that they withdraw proposed exhibit DX-I in light of this Court's ruling on Defendants' third motion *in limine*. (*See* Dkt. No. 172, at 2). DX-I was only designated in the event that the motion *in limine* was denied. It was granted. Accordingly, exhibit DX-I is withdrawn.

Dated: September 13, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL