UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MARCUS THORPE,

                Plaintiff,

    -against-

CITY OF NEW YORK, NEW YORK CITY HEALTH
AND HOSPITALS CORPORATION, NEW YORK
CITY POLICE DEPARTMENT, HARLEM HOSPITAL,
NYCHHC POLICE OFFICER FRANCIS SENAJOR,
SHIELD #435, NYCHHC POLICE OFFICER
JONATHAN CARDONA, NYCHHC LIEUTENANT
THERESA BRITTO and NYCHHC SERGEANT
TYRONE JOSEPH,

                Defendants.
---------------------------------------------------------------X

19-CV-5995 (CM)(RWL)

**ORDER**

McMahon, J.:

    The Court – for the reasons stated on the record at trial on September 16, 2022 – decides as follows:

- Defendant Sgt. Tyrone Joseph's motion for a directed verdict on all of Plaintiff's claims against Sgt. Joseph is GRANTED. Sgt. Joseph is dismissed from the case.

- Defendant Jonathan Cardona's motion for a directed verdict on Plaintiff's failure to intervene claim under 42 U.S.C. § 1983 is GRANTED.

Dated: September 21, 2022

                                                        U.S.D.J.

BY ECF TO ALL COUNSEL

1