UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCUS THORPE,

                    Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY
HEALTH AND HOSPITALS CORPORATION,
NEW YORK CITY POLICE DEPARTMENT,
HARLEM HOSPITAL, NYCHHC POLICE
OFFICER FRANCIS SENAJOR, SHIELD #435,
NYCHHC POLICE OFFICER JONATHAN
CARDONA, NYCHHC LIEUTENANT
THERESA BRITTO and NYCHHC SERGEANT
TYRONE JOSEPH,

                    Defendants.
-------------------------------------------------------------X

19 CIVIL 5995 (CM)(RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Colleen McMahon, United States District Judge, the jury having returned a verdict in favor of Defendants Francis Senajor and Jonathan Cardona. Defendant Francis Senajor is found not liable for Plaintiff's claim of excessive force under 42 U.S.C. § 1983 and Plaintiff's claim of assault. Defendant Jonathan Cardona is found not liable for Plaintiff's claim of false arrest under 42 U.S.C. § 1983.

DATED: New York, New York
            September 22, 2022

                                              RUBY J. KRAJICK

                                                 Clerk of Court

So Ordered:

                                      BY:    K. Mango

**U.S.D.J.**                                                    **Deputy Clerk**